# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXEL STALLMAN,<br><br>                    Plaintiff,<br><br>v.<br><br>UNIVERSITY OF ST. AUGUSTINE<br>FOR HEALTH SCIENCES, LLC,<br><br>                    Defendant. | Case No.: 25-cv-02631-H-DDL<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF BRIEFING SCHEDULE ON MOTION TO DISMISS**<br><br>[Doc. No. 16.] |

On December 15, 2025, Defendant University of St. Augustine for Health Sciences, LLC filed a motion to dismiss Plaintiff Axel Stallman's first amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim. (Doc. No. 11.) A hearing on Defendant's motion to dismiss is currently scheduled for Monday, January 26, 2026 at 10:30 a.m.

On December 29, 2025, Plaintiff filed a motion for an extension of time to file his opposition to Defendant's motion to dismiss. (Doc. No. 16.) In the motion, Plaintiff states that Defendant agrees to the requested relief. (Id.)

For good cause shown, the Court grants the motion. The Court continues the hearing on Defendant's motion to dismiss to Monday, **February 23, 2026** at **10:30 a.m.** Plaintiff's opposition to Defendant's motion to dismiss is due by **January 26, 2026**. Defendant's

1  reply is due by **February 9, 2026**.

2      **IT IS SO ORDERED.**

3  DATED: December 30, 2025

                                      MARILYN L. HUFF, District Judge
                                      UNITED STATES DISTRICT COURT