

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXEL STALLMAN,<br><br>                                    Plaintiff,<br><br>v.<br><br>UNIVERSITY OF ST. AUGUSTINE<br>FOR HEALTH SCIENCES, LLC,<br><br>                                    Defendant. | Case No.:  25-cv-02631-H-DDL<br><br>**ORDER SUBMITTING MOTION TO DISMISS** |

On December 15, 2025, Defendant University of St. Augustine for Health Sciences, LLC filed a motion to dismiss Plaintiff Axel Stallman's first amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim.  (Doc. No. 11.)  A hearing on Defendant's motion to dismiss is currently scheduled for Monday, March 23, 2026 at 10:30 a.m.  The Court, pursuant to its discretion under Civil Local Rule 7.1(d)(1), determines the matter is appropriate for resolution without oral argument, submits the motion on the parties' papers, and vacates the hearing.

**IT IS SO ORDERED.**

DATED: March 9, 2026

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

1