# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXEL STALLMAN,<br><br>                                    Plaintiff,<br><br>v.<br><br>UNIVERSITY OF ST. AUGUSTINE<br>FOR HEALTH SCIENCES, LLC,<br><br>                                    Defendant. | Case No.:  25-cv-02631-H-DDL<br><br>**ORDER DIRECTING CLERK TO CLOSE CASE** |

On April 20, 2026, the Court granted Defendant University of St. Augustine for Health Sciences, LLC's motion to dismiss Plaintiff Axel Stallman's first amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim. (Doc. No. 27.)  The Court granted Plaintiff leave to amend with instructions to file his second amended complaint within thirty (30) days from the order.  (Id. at 16.)  No second amended complaint was subsequently filed.  As such, the Court directs the Clerk to close this case.

**IT IS SO ORDERED.**

DATED: August 7, 2026



MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

1

25-cv-02631-H-DDL